# United States Bankruptcy Court
## District of Arizona

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>N'Genuity Enterprises Co. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>86-1016017 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>8901 E. Pima Center Parkway, Suite 135<br>Scottsdale, AZ<br>ZIP Code **85258** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Maricopa | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** John R. Clemency 009646 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **N'Genuity Enterprises Co.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **District of Arizona** | Case Number: **2:11-bk-28705-GBN** | Date Filed: **10/11/11** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ■ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **N'Genuity Enterprises Co.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ John R. Clemency**
Signature of Attorney for Debtor(s)

**John R. Clemency 009646**
Printed Name of Attorney for Debtor(s)

**Gallagher & Kennedy, P.A.**
Firm Name

**2575 E. Camelback Rd.**
**Phoenix, AZ 85016**

Address

**Email: john.clemency@gknet.com**
**602-530-8000  Fax: 602-530-8500**
Telephone Number

**July 28, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Valerie M. LittleChief**
Signature of Authorized Individual

**Valerie M. LittleChief**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 28, 2014**
Date

## CORPORATE RESOLUTION AND WRITTEN CONSENT OF N'GENUITY ENTERPRISES CO.

The undersigned President, Chief Executive Officer, Directors, and majority Shareholder of N'Genuity Enterprises Co., an Arizona corporation (the "Company"), hereby consent in writing, without the formality of convening a meeting to the following actions, effective as of the date written below:

For several reasons, it is recommended that the Company file a Chapter 11 proceeding under the U.S. Bankruptcy Code, retain professionals to proceed with the Chapter 11 proceeding, and prepare and proceed with any other actions or documents necessary or reasonable to advance the Chapter 11 case. Accordingly, the following resolutions are hereby adopted:

>BE IT RESOLVED that the Company be, and it hereby is, authorized to file a Chapter 11 proceeding in the United States Bankruptcy Court for the District of Arizona, and
>
>BE IT FURTHER RESOLVED that Valerie M. LittleChief, the President and CEO of the Company ("President"), is authorized to file a Chapter 11 case in the United States Bankruptcy Court for the District of Arizona, and
>
>BE IT FURTHER RESOLVED that the President of the Company is authorized to execute a petition for relief under Chapter 11 of the United States Bankruptcy Code, and
>
>BE IT FURTHER RESOLVED that the Company be, and it hereby is, authorized to retain the law firm of Gallagher & Kennedy, P.A. to represent the Company in connection with the Chapter 11 case, and
>
>BE IT FURTHER RESOLVED that the Company be, and it hereby is, authorized to retain MCA Financial Group, Ltd. to assist as financial and restructuring advisor to the Company in connection with the Chapter 11 case, and
>
>BE IT FURTHER RESOLVED that the President of the Company is authorized to execute any documents and do such things as are necessary or reasonable for the Chapter 11 case of the Company, and
>
>BE IT FURTHER RESOLVED, that all actions taken on behalf of the Company by the President, any Director, officer, agent or attorney of, or acting on behalf of the Company heretofore in connection with the foregoing resolutions are hereby ratified, approved, and confirmed in all respects.

>DATED this 28th day of July, 2014.

By: */s/ Valerie M. LittleChief*
Name: Valerie M. LittleChief
Its: President/Chief Executive Officer

By: */s/ Dustin Bowen*
Name: Dustin Bowen
Its: Director

By: */s/ Valerie M. LittleChief*
Name: Valerie M. LittleChief
Its: Director

By: */s/ Valerie M. LittleChief*
Name: Valerie M. LittleChief
Its: Majority Shareholder

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## District of Arizona

In re **N'Genuity Enterprises Co.**  
Debtor(s)

Case No.  
Chapter **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ____.

2. The following financial data is the latest available information and refers to the debtor's condition on **7/28/14**.

   a. Total assets     $ **2,333,312.88**

   b. Total debts (including debts listed in 2.c., below)     $ **3,061,209.50**

   c. Debt securities held by more than 500 holders:

   | | | | | Approximate number of holders: |
   |---|---|---|---|---|
   | secured ☐ unsecured ☐ subordinated ☐ | $ | **0.00** | | **0** |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | **0.00** | | **0** |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | **0.00** | | **0** |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | **0.00** | | **0** |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | **0.00** | | **0** |

   d. Number of shares of preferred stock     **0**     **0**

   e. Number of shares common stock     **11,276**     **2**

   Comments, if any:  
   **50,000 common shares outstanding and 11,276 issued**

3. Brief description of Debtor's business:  
   **Manufacturer of food products**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:  
   **Valerie M. LittleChief**  
   **8901 E. Pima Center Parkway, Suite 135**  
   **Scottsdale, AZ 85258**

   **Vincent Jackson**  
   **c/o Warren J. Stapleton**  
   **2929 N. Central Ave., Ste 2100**  
   **Phoenix, AZ 85012**  
   **[49% Stock Ownership Disputed]**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re **N'Genuity Enterprises Co.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AUTO-OWNERS INSURANCE<br>1860 S. POWER ROAD<br>MESA, AZ 85206 | AUTO-OWNERS INSURANCE<br>1860 S. POWER ROAD<br>MESA, AZ 85206 | INSURANCE | | 14,000.00 |
| FEDERAL EXPRESS<br>P.O. BOX 7221<br>PASADENA, CA 91109-7321 | FEDERAL EXPRESS<br>P.O. BOX 7221<br>PASADENA, CA 91109-7321 | TRADE DEBT | | 121.33 |
| HENSON DESIGNS, LLC<br>24417 N. 37TH LANE<br>GLENDALE, AZ 85310 | HENSON DESIGNS, LLC<br>24417 N. 37TH LANE<br>GLENDALE, AZ 85310 | TRADE DEBT | | 16.25 |
| IMG<br>200 5TH AVENUE<br>7TH FLOOR<br>NEW YORK, NY 10010 | IMG<br>200 5TH AVENUE<br>7TH FLOOR<br>NEW YORK, NY 10010 | TRADE DEBT | Disputed | 977,982.80 |
| KOCH FOODS, INC.<br>1300 HIGGINS ROAD<br>STE 100<br>PARK RIDGE, IL 60068 | KOCH FOODS, INC.<br>1300 HIGGINS ROAD<br>STE 100<br>PARK RIDGE, IL 60068 | TRADE DEBT | | 89,698.00 |
| MONOGRAM PREPARED MEATS<br>c/o MONOGRAM CORPORATE HEADQUARTERS<br>930 S. WHITE STATION ROAD<br>MEMPHIS, TN 38117 | MONOGRAM PREPARED MEATS<br>c/o MONOGRAM CORPORATE HEADQUARTERS<br>930 S. WHITE STATION ROAD<br>MEMPHIS, TN 38117 | TRADE DEBT | | 217,789.04 |
| QUARLES & BRADY LLP<br>c/o CHRISTOPHER COMBEST<br>300 N. LASALLE ST., STE 4000<br>CHICAGO, IL 60654 | QUARLES & BRADY LLP<br>c/o CHRISTOPHER COMBEST<br>300 N. LASALLE ST., STE 4000<br>CHICAGO, IL 60654 | LEGAL FEES | | 17,224.70 |
| THE CADLE COMPANY<br>100 NORTH CENTER STREET<br>NEWTON FALLS, OH 44444 | THE CADLE COMPANY<br>100 NORTH CENTER STREET<br>NEWTON FALLS, OH 44444 | TRADE DEBT | | 398,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **N'Genuity Enterprises Co.**                                         Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **VALERIE M. LITTLECHIEF**<br>8901 E. PIMA CENTER PARKWAY, STE 135<br>SCOTTSDALE, AZ 85258 | **VALERIE M. LITTLECHIEF**<br>8901 E. PIMA CENTER PARKWAY, STE 135<br>SCOTTSDALE, AZ 85258 | **PAYMENT OF RESCINDED STOCK TRANSACTION** | | **431,592.00** |
| **VINCENT JACKSON**<br>c/o WARREN JSTAPLETON; OSBORN MALEDON PA<br>2929 N. CENTRAL AVE., STE 2100<br>PHOENIX, AZ 85012 | **VINCENT JACKSON**<br>c/o WARREN JSTAPLETON; OSBORN MALEDON PA<br>2929 N. CENTRAL AVE., STE 2100<br>PHOENIX, AZ 85012 | **DAMAGES FROM PURCHASE AND SALE OF N'GENUITY STOCK** | **Disputed** | **500,000.00** |
| **WEST LIBERTY FOODS/QUANTUM FOODS**<br>750S. SCHMIDT ROAD<br>BOLINGBROOK, IL 60440 | **WEST LIBERTY FOODS/QUANTUM FOODS**<br>750S. SCHMIDT ROAD<br>BOLINGBROOK, IL 60440 | **TRADE DEBT** | **Disputed** | **120,013.00** |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  **N'Genuity Enterprises Co.**                                              Case No. _____
                                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 28, 2014**                          Signature **/s/ Valerie M. LittleChief**
                                                         **Valerie M. LittleChief**
                                                         **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

N'Genuity Enterprises Co. -

AUTO-OWNERS INSURANCE
1860 S. POWER ROAD
MESA AZ 85206

BEST LIFE
P.O. BOX 19721
IRVINE CA 92623-1603

CLICK COMPUTER SERVICES
11445 E. VIA LINDA, SUITE 2
PMB 168
SCOTTSDALE AZ 85259

DESERT MINI STORAGE
26520 N. ALMA SCHOOL ROAD
SCOTTSDALE AZ 85255

FACE CANYON, LLC
1188 E. CAMELBACK ROAD
PHOENIX AZ 85014

FEDERAL EXPRESS
P.O. BOX 7221
PASADENA CA 91109-7321

HENSON DESIGNS, LLC
24417 N. 37TH LANE
GLENDALE AZ 85310

IMG
200 5TH AVENUE
7TH FLOOR
NEW YORK NY 10010

KOCH FOODS, INC.
1300 HIGGINS ROAD
STE 100
PARK RIDGE IL 60068

MONOGRAM PREPARED MEATS
C/O MONOGRAM CORPORATE HEADQUARTERS
930 S. WHITE STATION ROAD
MEMPHIS TN 38117

Case 2:14-bk-11553-GBN    Doc 1    Filed 07/28/14    Entered 07/28/14 16:37:57    Desc
Main Document    Page 9 of 12

N'Genuity Enterprises Co. -

NEXTIVA
8800 E. CHAPARRAL ROAD
STE 300
SCOTTSDALE AZ 85250


PAUL NICHOLAS GILMORE
UPDIKE KELLY & SPELLACY PC
100 PEARL STREET, 17TH FLOOR
HARTFORD CT 06103


QUARLES & BRADY LLP
C/O CHRISTOPHER COMBEST
300 N. LASALLE ST., STE 4000
CHICAGO IL 60654


SADDLEBACK COMMUNICATIONS
P.O. BOX 171230
SAN ANTONIO TX 78217-8230


SPARKLETTES
ATTN: AR PROCESSING
3302 W. EARLL DRIVE
PHOENIX AZ 85017


STEVEN N. BERGER
ENGELMAN BERGER PC
3636 N. CENTRAL AVE. STE 700
PHOENIX AZ 85012


SUBSISTENCE STRATEGIC MATERIAL SOURCING
SUBSISTENCE SUPPLIER OPERATIONS
700 ROBBINS AVE.
PHILADELPHIA PA 19111


SYSCO CORPORATION
1390 ENCLAVE PARKWAY
HOUSTON TX 77077


THE CADLE COMPANY
100 NORTH CENTER STREET
NEWTON FALLS OH 44444


VALERIE M. LITTLECHIEF
8901 E. PIMA CENTER PARKWAY, STE 135
SCOTTSDALE AZ 85258

N'Genuity Enterprises Co. -

VERIZON WIRELESS
P.O. BOX 9622
MISSION HILLS CA 91346-9622

VINCENT JACKSON
C/O WARREN JSTAPLETON; OSBORN MALEDON PA
2929 N. CENTRAL AVE., STE 2100
PHOENIX AZ 85012

WEB.COM
12808 GRAN BAY PARKWAY WEST
JACKSONVILLE FL 32258

WEST LIBERTY FOODS/QUANTUM FOODS
750S. SCHMIDT ROAD
BOLINGBROOK IL 60440

# United States Bankruptcy Court
## District of Arizona

In re  **N'Genuity Enterprises Co.**
                                   Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **N'Genuity Enterprises Co.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 28, 2014** | **/s/ John R. Clemency** |
| Date | **John R. Clemency** |
| | Signature of Attorney or Litigant |
| | Counsel for **N'Genuity Enterprises Co.** |
| | **Gallagher & Kennedy, P.A.** |
| | **2575 E. Camelback Rd.** |
| | **Phoenix, AZ 85016** |
| | **602-530-8000 Fax:602-530-8500** |
| | **john.clemency@gknet.com** |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy