*Paul Sala*

**Paul Sala, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| N'GENUITY ENTERPRISES CO., | Case No. 2:14-bk-11553-PS |
| Debtor. | ORDER OF RECUSAL |

The Honorable Judge Paul Sala, having determined that such action would be appropriate in this case, recuses himself from hearing any matters associated with the above-captioned case.

The Clerk's Office has reassigned this matter to the Honorable Judge George B. Nielsen.

Based upon the foregoing,

**IT IS ORDERED** that this matter is reassigned to the Honorable Judge George B. Nielsen.

**IT IS FURTHER ORDERED** directing the Clerk's Office to provide <u>immediate</u> notice of this Order to all interested parties, and file an affidavit of service thereon.

SIGNED AND DATED ABOVE.